```
1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St. – Suite 650
   Oakland, CA 94607-362
4  Tel. (510)-637-3500

5  Counsel for Defendant ASKEW
```

**FILED**

JAN 23 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00647-MJJ |
| Plaintiff, | |
| v. | [PROPOSED] ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| ROBERT ASKEW III, | |
| Defendant. | |

## ORDER

Based on the reasons provided in the stipulation of the parties, the court hereby FINDS:

The ends of justice served by the granting of the continuance from December 16, 2005 until FEB 10, 2006 ~~January 20, 2006~~ outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case.

Based on these findings, and to the extent applicable, it is ORDERED that time be excluded

- 1 -

1  under the speedy trial act, 18 U.S.C. Section 3161(H) (8)(A) and (B)(iv) from December 16, 2005
2  until January 20, 2006.
3     IT IS FURTHER ORDERED that the STATUS HEARING date of December 16, 2005,
4  scheduled at 2:30 p.m., before the Honorable Martin J. Jenkins, be vacated and reset for ~~January~~ FEB
5  ~~20~~ 10, 2006 at 2:30 p.m.

8  DATED:  1/21/2006

       _____
       HON. MARTIN J. JENKINS
       UNITED STATES DISTRICT JUDGE

- 2 -