BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Suite 650
Oakland, CA 94607-3627
Tel. (510)-637-3500

Counsel for Defendant ASKEW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-~~00467~~-MJJ 00647 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER PERMITTING PAYMENT OF PRE-SENTENCE RESTITUTION TO CLERK OF DISTRICT COURT |
| ROBERT ASKEW III, | ) | |
| Defendant. | ) | |

**ORDER**

Good Cause appearing therefore, it is hereby ORDERED that Mr. Askew, the defendant in the above-named action, be permitted forthwith to make payments toward the restitution obligations, set forth in his plea agreement, to the Clerk of The United States District Court for the Northern District of California.

DATED: 5/16/2006

_____
HON. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

- 1 -