BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Suite 650
Oakland, CA 94607-362
Tel.  (510)-637-3500

Counsel for Defendant ASKEW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-00647-MJJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER MODIFYING CONDITIONS |
| v. | ) | OF RELEASE |
| | ) | |
| ROBERT ASKEW III, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Based on the stipulation of the parties, and good cause appearing therefore, it is hereby ORDERED that the release conditions in this case be modified to permit Mr. Askew to travel to Sacramento, California to attend his daughter's graduation ceremony and a family gathering following the ceremony during the day of Monday, June 12, 2006.  All other release conditions shall remain in effect.

DATED: June 7, 2006

_____
HON.  WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Wayne D. Brazil*

- 1 -