# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 20 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: CR 05-00647 MJJ
)
Robert Askew III )
)

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ___August 25, 2006___ be continued until ___October 20, 2006___ at ___2:30 p.m.___ .

Date: 7/20/2006

Martin J. Jenkins
United States District Judge

NDC-PSR-009 12/06/04



# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

DEBRA K. AASMUNDSTAD
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
1301 Clay Street, Suite 220S
Oakland, CA 94612-5206
TEL: (510) 637-3600
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

July 18, 2006

**MEMORANDUM**

The Honorable Martin J. Jenkins
United States District Judge

RE: **ASKEW III, ROBERT**
    **Docket No. CR 05-00647 MJJ**
    **Request for Continuance of Judgment and Sentencing**

Your Honor:

The above-listed defendant is currently scheduled for Judgment and Sentencing on August 25, 2006. This officer will be taking a two week leave during the month of August and will be away from the office during the time the report is due for disclosure. Given the aforementioned, this officer respectfully requests that Judgment and Sentencing be continued to October 20, 2006, at 2:30 p.m. Assistant Federal Public Defender John Paul Reichmuth and Assistant United States Attorney H.H. (Shashi) Kewalramani do not object to this request for a continuance.

Should the court need further information or clarification, please do not hesitate to contact me at (510) 637-3595.

Respectfully submitted,

Karen L. Mar
United States Probation Officer

Reviewed and Approved by:

Insa Amina Bel'Ochi
Supervisory United States Probation Officer

cc: AUSA H.H. (Shashi) Kewalramani
    AFPD John Paul Reichmuth