BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Suite 650
Oakland, CA 94607-362
Tel. (510)-637-3500

Counsel for Defendant ASKEW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00647-MJJ |
| Plaintiff, | |
| v. | ~~[PROPOSED]~~ ORDER FOR CONTINUANCE OF SENTENCING HEARING |
| ROBERT ASKEW III, | |
| Defendant. | |

## ORDER

Based on the reasons provided in the stipulation of the parties,

IT IS ORDERED that the SENTENCING HEARING date of October 20, 2006, scheduled at 2:30 p.m., before the Honorable Martin J. Jenkins, be vacated and reset for December 15, 2006 at 2:30 p.m.

DATED: 10/16/2006

_____
HON. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

- 1 -