```
BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Suite 650
Oakland, CA 94607-362
Tel.  (510)-637-3500

Counsel for Defendant ASKEW
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> ROBERT ASKEW III, </br></br> Defendant. | No. CR 05-00647-MJJ </br></br> [PROPOSED] ORDER FOR CONTINUANCE OF SENTENCING HEARING |

# ORDER

Based on the reasons provided in the stipulation of the parties,

IT IS ORDERED that the SENTENCING HEARING date of December 15, 2006, scheduled at 2:30 p.m., before the Honorable Martin J. Jenkins, be vacated and reset for February 2, 2007 at 2:30 p.m.

DATED: 12/11/2006

_____
HON. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

- 1 -