1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St. – Suite 650
   Oakland, CA 94607-362
4  Tel. (510)-637-3500

5  Counsel for Defendant ASKEW

**FILED**

DEC 2 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00647-MJJ |
| Plaintiff, | [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |
| v. | |
| ROBERT ASKEW III, | |
| Defendant. | |

## ORDER

Based on the stipulation of the parties, and good cause appearing therefore, it is hereby ORDERED that the release conditions in this case be modified to permit Mr. Askew to travel to Sacramento, California to attend a family gathering on December 25, 2006 and to travel to Sacramento to attend the birth of a grandchild on or about January 11, 2007, provided that he give advance notice of his itinerary to the Pretrial Services Agency. All other release conditions shall remain in effect.

DATED: 12-20-06

_____
HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

cc: WDB's Stats, Copy to parties via ECF,
Pretrial, Financial, Monica Tutson