SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
Facsimile:  (510) 637-3724
E-mail: shashi.kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND  DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00647 MJJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER GRANTING JOINT REQUEST TO SET SENTENCING ON APRIL 27, 2007 |
| v. | ) | |
| | ) | |
| ROBERT ASKEW III, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the Joint Request To Set Sentencing on April 27, 2007, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the sentencing in this matter is set for April 27, 2007 at 2:30 p.m.

DATED: ____04/03/07____,

_____
JENKINS
District Judge

CR 05-00647 MJJ
[PROPOSED] ORDER GRANTING
JOINT REQUEST TO SET SENTENCING ON APRIL 27, 2007