JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN STRETCH (CASBN 163973)
Acting Chief, Criminal Division

TREVOR L. RUSIN (CASBN 241940)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3695
   Facsimile: (510) 637-3724

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>ROBERT ASKEW III, )<br>)<br>   Defendant )<br>_____ ) | No. CR 05-00647-01 SBA<br><br>[~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE |

    Defendant Robert Askew III appeared before the Court on March 4, 2010, in response to a summons issued as a result of a violation of the conditions of his supervised release. The Court set a hearing on the violation for March 30, 2010, before the Hon. Saundra B. Armstrong, and ordered that the following conditions be added to the conditions of the defendant's release pending the March 30 hearing:

    1.    The defendant shall not consume any alcohol.

    2.    A sobrietor device shall be installed at the defendant's home and he shall use and operate this device when and as directed by the United States Probation Services.

    IT IS SO ORDERED.


DATED: March 8, 2010                _____
                                                                LAUREL BEELER
                                                               United States Magistrate Judge