1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant Askew
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    No. **CR 05-00647-SBA [LB]**
                                     )
12             Plaintiff,            )    [PROPOSED] ORDER
                                     )
13  vs.                              )
                                     )
14  ROBERT ASKEW III,                )
                                     )
15             Defendant.            )
    _____)
16

17      This Court having ordered that Mr. Askew be released into Residential Treatment upon

18  notification of the Court that bedspace is available, and Probation Officer Nicole Fairchild

19  having notified the Court telephonically that the Newbridge Foundation is best able to accept

20  Mr. Askew on Wednesday, April 21, it is hereby

21      ORDERED that Mr. Askew be brought to the United States Courthouse in Oakland,

22  California on Wednesday, April 21, 2010 in his street clothing.  Further, it is

23

24      //

25

26      //

                                        1

1   ORDERED that Mr. Askew be released from the Office of United States Marshals
2   Service at 9:00 a.m. on that date where he will be met by a representative of Newbridge.

4   DATED: April 20, 2010

_____
HON. LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE