BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant Askew

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. **CR 05-00647-SBA** |
| Plaintiff, | [ORDER CONTINUING STATUS HEARING |
| vs. | |
| ROBERT ASKEW III, | |
| Defendant. | |

**ORDER**

Based on the reasons provided in the stipulation of the parties above, it is hereby

ORDERED that the *STATUS RE:* REVOCATION HEARING set on May 4, 2010 be continued to June 8, 2010 at 9:00 a.m.

IT IS SO ORDERED.

  5/3/10
Date

Honorable Saundra Brown Armstrong
United States District Judge

1